BRIAN K. BROOKEY, CA Bar No. 149522
brian.brookey@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendants and Counterclaimants,
J. C. PENNEY CORPORATION, INC.,
SAMSUNG AMERICA, INC. and SWAT-FAME, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>J. C. PENNEY CORPORATION, INC., a Delaware corporation, SAMSUNG AMERICA, INC., a New York corporation, SWAT-FAME, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV07-2584 JFW (RZx)<br><br>**PROTECTIVE ORDER** |
| AND RELATED COUNTERCLAIMS | |

CHRISTIE, PARKER & HALE, LLP

## ORDER

Pursuant to the stipulation for entry of a protective order governing confidentiality of the parties, and for good cause shown,

**IT IS ORDERED** that the parties' stipulation is approved and shall be the Order of the Court, except as follows: The stipulation shall not govern documents filed in connection with dispositive motions, or used at trial; if protection is sought for materials in connection with such proceedings, a separate application must be filed, addressed to the judicial officer who will preside. The parties' stipulation is otherwise incorporated into this Order.

Dated: April 15, 2008

_____
Hon. Ralph Zarefsky
United States Magistrate Judge

SCL PAS784344.1-*-04/8/08 4:23 PM

CHRISTIE, PARKER & HALE, LLP