**BRIAN K. BROOKEY, CA Bar No. 149522**
brian.brookey@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendants and Counterclaimants,
J. C. PENNEY CORPORATION, INC.,
SAMSUNG AMERICA, INC. and SWAT-FAME, INC.

JS-5

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>J. C. PENNEY CORPORATION, INC., a Delaware corporation, SAMSUNG AMERICA, INC., a New York corporation, SWAT-FAME, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. CV07-2584 JFW (RZx)<br><br>**CONSENT JUDGMENT** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the Stipulation of the parties, and good cause appearing, this Court enters judgment as follows:

1. This case shall be reopened for the purpose of entering judgment.

2. As to all claims alleged by Plaintiff and Counterdefendant Unicolors, Inc. ("Plaintiff") and as to all counterclaims alleged by Defendants and Counterclaimants J.C. Penney Corporation, Inc., Samsung America, Inc. and

-1-

1  Swat-Fame, Inc. ("Defendants"), judgment shall be entered in favor of
2  Defendants and against Plaintiff.
3      3.    Plaintiff acknowledges the validity of Defendant Samsung's
4  copyright registration numbers VA1-008-796 and VA1-391-629.
5      4.    Plaintiff and its officers, directors, agents, employees,
6  representatives and all persons acting in concert with them shall not infringe the
7  designs protected by Defendant Samsung's copyright registration numbers VA1-
8  008-796 and VA1-391-629.
9      5.    Copyright registration number VAu556-453 is struck as invalid.
10      6.    Plaintiff shall pay Defendant Samsung $75,000 within five calendar
11  days after the full execution and delivery of the Settlement Agreement.
12      7.    Each side shall bear its own costs and attorneys' fees.
13      8.    ~~This Court shall retain jurisdiction to enforce the terms of this~~
14  ~~Judgment~~. [stricken by court]

Dated: January 13, 2009         /s/ John F. Walter
                                          The Honorable John F. Walter
                                          United States District Judge